IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOLGER FIALLO<br><br>    Plaintiff,<br><br> v.<br><br>ASSA ABLOY INC.,<br><br>    Defendant. | Civil Action No. 1:20-cv-02019 |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1. Whereas Plaintiff Holger Fiallo filed the above-referenced case against Defendant Assa Abloy Inc., on March 27, 2020.

2. Whereas Defendant has not yet answered or otherwise appeared in this action, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

4. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff seeks dismissal of the complaint with prejudice.

Dated: September 18, 2020   Respectfully Submitted,

              */s/ Benjamin Sweet*
              Benjamin J. Sweet
              ben@nshmlaw.com
              **NYE, STIRLING, HALE & MILLER, LLP**
              1145 Bower Hill Road, Suite 104
              Pittsburgh, PA 15243
              Tel: 412-857-5350

              *Attorneys for Plaintiff Holger Fiallo*

**CERTIFICATE OF SERVICE**

    I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 18th day of September, 2020.

                                                                                 */s/ Benjamin J. Sweet*
                                                                                     Benjamin J. Sweet