# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Holger Fiallo

                        Plaintiff,

v.                                                  Case No.: 1:20−cv−02019
                                                    Honorable Robert M. Dow Jr.

ASSA ABLOY INC.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 21, 2020:

      MINUTE entry before the Honorable Robert M. Dow, Jr: In view of the notice of voluntary dismissal pursuant to FRCP 41(a)(1) [18] filed on 9/18/2020, this case is dismissed with prejudice. Back−up status hearing set for 9/25/2020 is stricken. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.